■ SANDRA SMITH, Appellant, v CITY OF NEW YORK, Respondent.

Ordered that the appeal from the order dated September 17,

1986 is dismissed, as that order was superseded by the order dated January 28, 1987, made upon reargument; and it is further,

Ordered that the order dated January 28, 1987 is affirmed insofar as appealed from, for reasons stated by Justice Spodek in his memorandum decisions at the Supreme Court; and it is further,

Ordered that the respondent is awarded one bill of costs. Thompson, J. P., Lawrence, Eiber and Balletta, JJ., concur.